IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| ANTHONY BRIAN WILLIAMSON, <br> ADC #109343, | * <br> * <br> * | |
| Petitioner, | * | |
| v. | * <br> * | No. 5:12CV00437-JJV |
| RAY HOBBS, Director, <br> Arkansas Department of Correction | * <br> * <br> * | |
| Respondent. | | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

SO ORDERED this 5th day of September, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE