IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| ANTHONY BRIAN WILLIAMSON,<br>ADC #109343<br><br>        Petitioner,<br>v.<br><br>RAY HOBBS, Director,<br>Arkansas Department of Correction,<br><br>        Respondent. | No. 5:12CV00437-JJV |

**ORDER**

Pending before the Court is Petitioner's Motion for Leave to Amend and/or Supplement Motion for Reconsideration. (Doc. No. 18.)

The Court dismissed this action with prejudice on September 5, 2013, as the habeas Petition was time barred. Having carefully considered Petitioner's present Motion, the Court finds it is without merit and, therefore, it is DENIED. All other motions pending are DENIED as moot.

IT IS SO ORDERED this 23rd day of September, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE